# Court of Appeals, State of Michigan

# ORDER

Gary Steven Garrett v Darita Camille Washington

Docket No. 323705

LC No. 14-005222-NI

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

    The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve a conflict between this case and *Cynthia Adam v Susan Letrice Bell*, ___ Mich App ___ (Docket No. 319778, issued August 11, 2015).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 1 4 2016
Date

Chief Clerk